**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD MCCLURE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HSN, INC., COURTNEE CHUN ULRICH, WILLIAM COSTELLO, FIONA P. DIAS, JAMES M. FOLLO, STEPHANIE ANNE KUGELMAN, ARTHUR C. MARTINEZ, THOMAS J. MCINERNEY, MATTHEW E. RUBEL, and ANN M. SARNOFF,<br><br>Defendants. | C.A. No. 1:17-cv-01279-LPS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard McClure hereby gives notice of the voluntary dismissal of the above-captioned action without prejudice. This notice is appropriate under Rule 41(a)(1)(A)(i) as defendants have not filed an answer or a motion for summary judgment, a class was not certified, and Plaintiffs have not previously dismissed an action based on or including the same claims as presented in this instant action.

Dated: January 11, 2018

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.

New York, NY 10017　　　　　　　　　　　　　*Counsel for Plaintiff*
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on January 11, 2018, which caused an electronic copy of same to be served automatically upon all counsel of record.

*/s/Michael Van Gorder*
Michael Van Gorder